# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY RICHARDSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-02082-AWI-GSA PC<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO ADMINISTRATIVELY RE-DESIGNATE THIS ACTION AS A 440 CIVIL ACTION, AND ISSUE ALL APPLICABLE STANDING ORDERS, SCHEDULING ORDERS, AND PROCESS<br><br>(Doc. 1) |

　　　This civil rights action was filed on November 28, 2009, by Plaintiff Tony Richardson, a federal prisoner who is represented by counsel. The action was inadvertently designated at opening as one filed by a prisoner proceeding pro se.

　　　Therefore, the Clerk's Office is HEREBY DIRECTED to:

　　　1.　Re-designate this action as a 440 civil action; and

　　　2.　Issue all applicable standing orders, scheduling orders, and process.

　　　Further, the parties SHALL omit the PC designation so that all future filings bear the following case number: 1:09-cv-02082-AWI-GSA.

　　　IT IS SO ORDERED.

　　　**Dated:　January 8, 2010**　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1