CHRISTINA A. DiEDOARDO
California Bar No. 258714
LAW OFFICES OF CHRISTINA DiEDOARDO
201 Spear Street Suite 1100
San Francisco, CA 94105
(415) 839-5098
Christina@diedoardolaw.com
Attorney for Plaintiff Tony Richardson

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TONY RICHARDSON<br>　　　　Plaintiff,<br>　　vs.<br>UNITED STATES of AMERICA,<br>DOE PRISONERS I-XX, individually and<br>DOES I-XX, inclusive.<br>　　　　Defendants. | Case No.: 1:09-cv-02082-LJO/GSA<br><br>**STIPULATION REGARDING FIRST AMENDED COMPLAINT FOR DAMAGES AND WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS** |

**STIPULATION REGARDING FIRST AMENDED COMPLAINT FOR DAMAGES AND WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS**

COMES NOW Ms. Christina A. DiEdoardo, Esq., attorney for Plaintiff and Assistant United States Attorney Alyson A. Berg, attorney for Defendants and hereby stipulate and agree as follows:

1. Plaintiff shall file the enclosed First Amended Complaint, a copy of which is attached as Exhibit "1".

2. Because the new pleading moots the Motion to Dismiss filed by the United States, said motion should be taken off-calendar;

3. The United States shall file an Answer to the First Amended Complaint within thirty (30) days after it has been filed.

/s/_____  
Christina A. DiEdoardo  
Attorney for Plaintiff

/s/ _____  
AUSA Alyson Berg  
Attorney for Defendant

Dated:       June 24, 2010              Dated:_____

## ORDER

Based on the application and representation of the parties and good cause appearing, Plaintiff shall file the First Amended Complaint referenced by the stipulation entered into by counsel between the parties, the Motion to Dismiss filed by the United States and presently set for hearing on July 6, 2010 at 8:30 a.m. is MOOT and hereby taken OFF-CALENDAR and the United States shall file an Answer to the First Amended Complaint within thirty (30) days after it has been filed with the Court.

IT IS SO ORDERED.

Dated:   **June 24, 2010**                       **/s/ Lawrence J. O'Neill**  
UNITED STATES DISTRICT JUDGE