BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY RICHARDSON,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA and<br>BRIAN KING HUMPHREYS,<br><br>            Defendants. | 1:09-cv-02082-LJO/MJS<br><br>**STIPULATION TO DISMISS CERTAIN DEFENDANTS; [PROPOSED] ORDER** |

Plaintiff Tony Richardson ("Plaintiff") and Defendant United States of America ("United States") stipulate, by and through the undersigned counsel, to dismiss the following defendants as identified in the original Complaint: Bureau of Prisons, an agency of the United States Department of Justice; United States Department of Justice, a Department of the United States Government; Defendant Rios, Warden, an employee of the Bureau of Prisons at USP Atwater; Defendant Bell, Assistant Warden, an employee of the Bureau of Prisons at USP Atwater; Defendant Shinn, Assistant Warden, an employee of the Bureau of Prisons at USP Atwater; and

///
///
///
///
///

**STIPULATION TO DISMISS CERTAIN DEFENDANTS; [PROPOSED] ORDER**

1  Defendant Putnam, Lt., an employee of the Bureau of Prisons at USP Atwater.  By way of
2  Plaintiff's Second Amended Complaint, the United States is the only proper defendant on claims
3  two, four and five of the Second Amended Complaint.

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      Acting United States Attorney

Dated: September 28, 2010          /s/Alyson A. Berg
                                      ALYSON A. BERG
                                      Attorneys for Defendant United States of America

                                      Law Offices of Christina Diedoardo

Dated: September 28, 2010          /s/Christina Diedoardo
                                      CHRISTINA DIEDOARDO
                                      Attorney for Plaintiff

## **ORDER**

The clerk is directed NOT to close this action.

      IT IS SO ORDERED.

**Dated:   September 28, 2010**         /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

**STIPULATION TO DISMISS CERTAIN DEFENDANTS; [PROPOSED] ORDER**