CHRISTINA A. DiEDOARDO
California Bar No. 258714
LAW OFFICES OF CHRISTINA DiEDOARDO
201 Spear Street Suite 1100
San Francisco, CA 94105
(415) 839-5098
Christina@diedoardolaw.com
Attorney for Plaintiff Tony Richardson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY RICHARDSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES of AMERICA and BRIAN KING HUMPRHEYS[1],<br><br>　　　　　Defendants. | Case No.: 1:09-cv-02082-LJO-MJS<br><br>**STIPULATION REGARDING TAKING AUGUST 11, 2011 SETTLEMENT CONFERENCE OFF CALENDAR AND VACATING AUGUST 4, 2011 DEADLINE FOR SETTLEMENT BRIEFS; PROPOSED ORDER**<br><br>**DATE:** August 11, 2011<br>**TIME:** 1:30 p.m.<br>**DEPT:** 6<br>**Hon. Magistrate Judge Michael J. Seng** |

　　　　COMES NOW Ms. Christina A. DiEdoardo, Esq., attorney for Plaintiff and Assistant United States Attorney Alyson A. Berg, attorney for Defendant United States of America and hereby stipulate as follows:

---

[1] The Clerk of the Court entered a default against Mr. Humphreys on October 19, 2010. (Dkt. 34).

-1-

1. In preparation for the August 11, 2011 settlement conference, Ms. DiEdoardo and Ms. Berg have worked together in good faith to exchange settlement proposals, as they have done throughout the progress of this case.

2. On August 3, 2011, Ms. Berg conveyed to Ms. DiEdoardo a settlement offer on behalf of the United States which was and is characterized as the last and best offer of the United States.

3. Ms. DiEdoardo needs to convey this settlement proposal to her client, Mr. Tony Richardson, in writing due to Mr. Richardson's status as a prisoner at USP-Terra Haute, as well as to Mr. Richardson's mother.

4. Accordingly, in the interests of justice and judicial economy the parties jointly request that the Court take the August 11, 2011 settlement conference OFF CALENDAR and VACATE the August 4, 2011 date to submit settlement conference briefs.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/S/ Christina A. DiEdoardo                    By:     /s/ Alyson Berg
Christina A. DiEdoardo                                 AUSA Alyson Berg
Attorney for Plaintiff                                 Attorney for Defendant United States

Dated:  August 3, 2011                                 Dated:  August 3, 2011

## **ORDER**

Based on the application and representation of the parties and good cause appearing, the August 11, 2011 settlement conference is hereby taken OFF CALENDAR

///

///

and the August 4, 2011 deadline to submit settlement conference briefs is hereby VACATED.

IT IS SO ORDERED.

Dated:   August 4, 2011                    /s/ *Michael J. Seng*
                                                            UNITED STATES MAGISTRATE JUDGE