# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY RICHARDSON,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES of AMERICA, et al.,<br><br>　　　　　　　　Defendants.<br>_____/ | CASE NO.   09-cv-2082-LJO-MJS (PC)<br><br>ORDER SETTING TELEPHONIC HEARING, AND REQUIRING PLAINTIFF'S APPEARANCE<br><br>ORDER REQUESTING THAT UNITED STATES ATTORNEY'S OFFICE AND FEDERAL BUREAU OF PRISONS REGIONAL COUNSEL ARRANGE FOR PLAINTIFF'S PARTICIPATION DURING THE HEARING AND PROVIDE PLAINTIFF'S COUNSEL WITH A TELEPHONE NUMBER AT WHICH PLAINTIFF MAY BE REACHED<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER ON PLAINTIFF AT USP TERRE HAUTE, AND SERVE COURTESY COPY ON USP TERRE HAUTE<br><br>Date:　　　October 14, 2011<br>Time:　　　9:30 a.m. PST (12:30 p.m. EST)<br>Courtroom:　Yosemite |

Plaintiff Tony Richardson ("Plaintiff") is a federal prisoner proceeding in the above-captioned action.

Plaintiff's attorney, Christina DiEDoardo, has filed a Motion to Withdraw as Counsel. (ECF 49.) Defendant has filed a Statement of Non-Opposition. (ECF No. 50.) Plaintiff has filed an Opposition. (ECF No. 51.) An immediate hearing on these matters is necessary.

///

///

Accordingly, it is HEREBY ORDERED that:

1. This matter is set for a telephonic hearing on Friday, October 14, 2011 at 9:30 a.m. PST (12:30 p.m. EST) in the Yosemite Courtroom;

2. Plaintiff, in addition to his counsel of record, is required to appear by telephone for the hearing;

3. In advance of the hearing, the United States Attorney's Office and Bureau of Prisons Regional Counsel is requested to provide Plaintiff's counsel with a telephone number at which Plaintiff may be reached for the conference call on Friday, October 14, 2011 at 9:30 a.m. PST (12:30 p.m. EST);

4. Plaintiff's counsel shall arrange a conference call between herself, Plaintiff, and Defendant's counsel (if Defendant's Counsel wishes to appear), and the call shall be placed to the Court at (209) 372-8917;

5. The Clerk's Office shall serve this Order on Plaintiff, Federal ID # 11894-040, at USP Terre Haute, and shall serve a courtesy copy of this Order on the institution by facsimile at (812) 244-4791; and

6. The failure of Plaintiff to appear for the hearing may result in the imposition of sanctions deemed appropriate by the Court.

IT IS SO ORDERED.

Dated:   October 7, 2011                        /s/ *Michael J. Seng*
                                                            UNITED STATES MAGISTRATE JUDGE