UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY RICHARDSON | CASE NO.   1:09-CV-2082-LJO-MJS (PC) |
| Plaintiff, | ORDER DENYING MOTION TO WITHDRAW AS ATTORNEY OF RECORD |
| v. | ORDER REQUESTING THAT UNITED STATES ATTORNEY'S OFFICE AND FEDERAL BUREAU OF PRISONS REGIONAL COUNSEL ARRANGE FOR PLAINTIFF'S PARTICIPATION DURING HEARING AND PROVIDE COURTROOM DEPUTY LAURIE YU WITH A TELEPHONE NUMBER AT WHICH PLAINTIFF MAY BE REACHED. |
| FEDERAL BUREAU OF PRISONS ET.AL. | ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER ON PLAINTIFF AT USP TERRE HAUTE, AND SERVE COURT COPY ON USP TERRE HAUTE |
| Defendants. | |
| | SETTLEMENT CONFERENCE SET FOR 10/21/2011 AT 9:30 AM IN MAGISTRATE JUDGE SENG'S FRESNO CHAMBERS |
| | (ECF No. 49) |

The Motion to Withdraw as Attorney of Record filed by Christina Diedoardo was heard on October 14, 2011 in the Yosemite Courtroom. Plaintiff's Counsel Christiana Dieoardo, Plaintiff Tony Richardson and Defendant's Counsel Alyson Berg appeared telephonically. Based on the moving papers, Plaintiff's opposition, Defendant's non-opposition, arguments made and *in camera* discussions with Plaintiff and attorney Diedoardo, the Court DENIES the Motion to Withdraw. As stated at the hearing, the motion was based on Plaintiff's perceived loss of confidence in his attorney. Plaintiff advised the Court that he in fact had not lost confidence in his attorney and wanted her to proceed to represent him in this action. Accordingly, the motion was denied. However, the denial was explicitly made without prejudice to its being re-filed if Plaintiff's communications with his attorney actually demonstrate a loss of confidence notwithstanding his protestations that he has not lost confidence in her.

The parties generally agreed that a further Settlement Conference might be productive and agreed on the time of same as ordered below.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's Counsel's Motion to Withdraw as Attorney of Record is DENIED without prejudice;

2. A Settlement Conference is set for Friday, October 21, 2011 at 9:30 a.m. PST (6:30 a.m. EST) in Magistrate Judge Seng's Fresno Chambers;

3. Plaintiff's counsel shall notify Courtroom Deputy Laurie Yu not later than Wednesday, October 19, 2011 if she plans to appear telephonically;

4. In advance of the hearing, the United States Attorney's Office and Bureau of Prisons' Regional Counsel is requested to provide Courtroom Deputy

Laurie Yu with a telephone number at which Plaintiff may be reached on Friday, October 21, 2011 at 9:30 a.m. PST (6:30 a.m. EST);

5. The Clerk's Office shall serve this Order on Plaintiff, Federal ID # 11894-040, the USP Terre Haute, and shall serve a courtesy copy of this Order on the institution by facsimile at (812) 244-4791.

IT IS SO ORDERED.

Dated:   October 14, 2011          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE