# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY RICHARDSON,<br><br>    Plaintiff,<br><br>v.<br><br><br><br><br><br>FEDERAL BUREAU OF PRISONS, ET AL.,<br><br>    Defendants. | CASE NO.1:09-CV-2082-LJO-MJS (PC)<br><br>ORDER DIRECTING THE UNITED STATES ATTORNEY'S OFFICE AND FEDERAL BUREAU OF PRISONS' REGIONAL COUNSEL TO ARRANGE FOR PLAINTIFF'S PARTICIPATION DURING CONFERENCE<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER ON PLAINTIFF AT USP TERRE HAUTE, AND SERVE COURT COPY ON USP TERRE HAUTE **OR** AT ANY OTHER FACILITY TO WHICH PLAINTIFF MAY BE MOVED<br><br>STATUS CONFERENCE SET FOR 12/2/2011 AT 10:00 AM IN MAGISTRATE JUDGE SENG'S FRESNO CHAMBERS |

    A Settlement Conference was held on Friday, October 21, 2011, with Plaintiff, Tony Richardson, Plaintiff's Counsel, Christiana Diedoardo, and Defendant's Counsel, Alyson Berg, participating. No settlement was reached, but the parties and the Court determined that a further conference was necessary as ordered below.

    Accordingly, it is HEREBY ORDERED that:

1.     A Status Conference is set for Friday, December 2, 2011, at 10:00 a.m. PST (1:00 p.m. EST) in Magistrate Judge Seng's Fresno Chambers;

2.     Plaintiff's counsel will appear telephonically;

3. In advance of the hearing, the United States Attorney's Office and Bureau of Prisons' Regional Counsel is to provide Courtroom Deputy Laurie Yu with a telephone number at which Plaintiff may be reached on Friday, December 2, 2011, at 10:00 a.m. PST (1:00 p.m. EST);

4. The Clerk's Office shall serve this Order on Plaintiff, Federal ID # 11894-040, the USP Terre Haute, and shall serve a courtesy copy of this Order on the institution by facsimile at (812) 244-4791 **OR** at any other facility to which Plaintiff may be moved.

IT IS SO ORDERED.

Dated:   October 24, 2011                    /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE