UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY RICHARDSON,<br><br>     Plaintiff,<br>     vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>     Defendants.<br>_____/ | CASE NO. CV F 09-2082 LJO MJS<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 60.) |

The parties' counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than January 17, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the December 14, 2011 pretrial conference and February 7, 2012 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:**   December 7, 2011                    /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE