BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY RICHARDSON, | 1:09-cv-02082-LJO/MJS |
| Plaintiff, | **STIPULATION FOR DISMISSAL;** |
| v. | **ORDER** |
| UNITED STATES OF AMERICA and BRIAN KING HUMPHREYS, | |
| Defendants. | |

Pursuant to the terms of a written Stipulation for Compromise Settlement and Release of Claims Pursuant to 28 U.S.C. § 2677 as well as the provisions of Federal Rules of Civil Procedure 41(a)(1), the parties, by and through their respective counsel, hereby stipulate that this entire action be dismissed with prejudice.

IT IS SO STIPULATED.

Respectfully submitted,

BENJAMIN B. WAGNER                Law Offices of Christina Diedoardo
United States Attorney
                                  (As authorized  1/10/12)

By:   /s/Alyson A. Berg            /s/Christina Diedoardo
      ALYSON A. BERG               CHRISTINA DIEDOARDO
      Attorney for Defendant       Attorney for Plaintiff
      United States of America

Dated: January 10, 2012            Dated: January 10, 2012

1

**STIPULATION FOR DISMISSAL; [PROPOSED] ORDER**

**ORDER OF DISMISSAL**

The above stipulation is APPROVED, and this entire action is hereby DISMISSED WITH PREJUDICE, each party to bear their own fees and costs. The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   January 10, 2012**               /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

**STIPULATION FOR DISMISSAL; [PROPOSED] ORDER**